Cyndie M. Chang (SBN 227542)
cmchang@duanemorris.com
Dan Terzian (SBN 283835)
dterzian@duanemorris.com
**DUANE MORRIS LLP**
865 South Figueroa Street, Suite 3100
Los Angeles, CA 90017-5450
Telephone: +1 213.689.7400
Fax: +1 213.689.7401

Attorneys for Defendant GLOBAL EXCEL MANAGEMENT, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESERT REGIONAL MEDICAL CENTER, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ROYAL & SUN ALLIANCE INSURANCE COMPANY OF CANADA; GLOBAL EXCEL MANAGEMENT, INC.; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 5:16-cv-00874-ODW-KK<br><br>**DEFENDANT GLOBAL EXCEL MANAGEMENT, INC.'S ANSWER**<br><br>**DEMAND FOR JURY TRIAL** |

Defendant GLOBAL EXCEL MANAGEMENT, INC. ("Global Excel") for itself alone and no others, in answer to the Complaint of Plaintiff Desert Regional Medical Center, Inc. ("Plaintiff") responds as follows:

## JURISDICTION

1. Admitted that Plaintiff is a citizen of California and that the amount in controversy exceeds $75,000, exclusive of interest and costs. Also admitted that Global Excel is a Canadian corporation with its principal place of business in Canada. Except as so admitted, Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 1, and denies on that basis.

2. Admitted that Plaintiff provided medical treatment within this judicial district. Except as so admitted, denied.

### THE PARTIES

3. Admitted that Plaintiff operates a hospital in Palm Springs, California. Except as so admitted, Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 3, and denies on that basis.

4. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 4, and denies on that basis.

5. Admitted that Global Excel is a Canadian corporation with its principal place of business in Quebec, Canada. Except as so admitted, denied.

6. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 6, and denies on that basis.

7. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 7, and denies on that basis.

8. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 8, and denies on that basis.

9. Admitted that Plaintiff provided medical services to the Patients identified in the Complaint. Except as so admitted, Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 9, and denies on that basis.

10. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 10, and denies on that basis.

### GENERAL ALLEGATIONS

11. Denied.

12. Denied.

13. Denied.

14. Admitted that the cited case appears to include the quoted language. Except as so admitted, denied.

15. Admitted that the cited case appears to include the quoted language. Except as so admitted, denied.

16. Admitted that Global Excel executed a Network Access Agreement with Independent Medical Systems, Ltd. Except as so admitted, denied.

17. Admitted that Plaintiff contends that Global Excel's payments are insufficient. Except as so admitted, denied.

18. Denied.

19. Admitted that Plaintiff contends that Global Excel's payments are insufficient  Except as so admitted, denied.

20. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 20, and denies on that basis.

### SPECIFIC ALLEGATIONS AS TO PATIENT 1

21. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 21, and denies on that basis.

22. Denied.

23. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 23, and denies on that basis.

24. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 24, and denies on that basis.

25. Admitted that Global Excel executed a Network Access Agreement with Independent Medical Systems, Ltd. Except as so admitted, denied.

26. Admitted that Global Excel executed a Network Access Agreement with Independent Medical Systems, Ltd. Except as so admitted, denied.

27. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 27, and denies on that basis.

28. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 28, and denies on that basis.

29. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 29, and denies on that basis.

30. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 30, and denies on that basis.

31. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 31, and denies on that basis.

32. Admitted that Plaintiff contends that Global Excel's payments are insufficient. Except as so admitted, denied.

33. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 33, and denies on that basis.

34. Denied.

35. Admitted that Global Excel executed a Network Access Agreement with Independent Medical Systems, Ltd. Except as so admitted, denied.

36. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 36, and denies on that basis.

37. Denied.

## SPECIFIC ALLEGATIONS AS TO PATIENT 2

38. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 38, and denies on that basis.

39. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 39, and denies on that basis.

40. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 40, and denies on that basis.

41. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 41, and denies on that basis.

42. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 42, and denies on that basis.

43. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 43, and denies on that basis.

44. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 44, and denies on that basis.

45. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 45, and denies on that basis.

46. Admitted that Plaintiff contends that Global Excel's payments are insufficient. Except as so admitted, denied.

47. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 47, and denies on that basis.

48. Denied.

49. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 49, and denies on that basis.

50. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 50, and denies on that basis.

51. Denied.

## SPECIFIC ALLEGATIONS AS TO PATIENT 3

52. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 52, and denies on that basis.

53. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 53, and denies on that basis.

54. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 54, and denies on that basis.

55. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 55, and denies on that basis.

56. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 56, and denies on that basis.

57. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 57, and denies on that basis.

58. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 58, and denies on that basis.

59. Admitted that Global Excel executed a Network Access Agreement with Independent Medical Systems, Ltd. Except as so admitted, denied.

60. Admitted that Global Excel executed a Network Access Agreement with Independent Medical Systems, Ltd. Except as so admitted, denied.

61. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 61, and denies on that basis.

62. Denied.

63. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 63, and denies on that basis.

64. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 64, and denies on that basis.

65. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 65, and denies on that basis.

66. Admitted that Plaintiff contends that Global Excel's payments are insufficient. Except as so admitted, denied.

67. Denied.

68. Denied.

69. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 69, and denies on that basis.

70. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 70, and denies on that basis.

71. Denied.

# FIRST CAUSE OF ACTION

## Breach of Written Contract

## (Against All Defendants)

72. Global Excel re-alleges and incorporates by reference each and every allegation set forth in the preceding paragraphs.

73. Admitted that Plaintiff contends that Global Excel's payments are insufficient. Except as so admitted, denied.

74. Admitted that Global Excel executed a Network Access Agreement with Independent Medical Systems, Ltd. Except as so admitted, denied.

75. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 75, and denies on that basis.

76. Denied.

77. Denied.

78. Denied.

79. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 79, and denies on that basis.

80. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 80, and denies on that basis.

81. Denied.

82. Denied.

83. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 83, and denies on that basis.

84. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 84, and denies on that basis.

85. Denied.

86. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 86, and denies on that basis.

87. Denied.

## SECOND CAUSE OF ACTION

### Breach of Implied-In-Fact Contract

### (Against All Defendants)

88. Global Excel re-alleges and incorporates by reference each and every allegation set forth in the preceding paragraphs.

89. Denied.

90. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 90, and denies on that basis.

91. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 91, and denies on that basis.

92. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 92, and denies on that basis.

93. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 93, and denies on that basis.

94. Denied.

95. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 95, and denies on that basis.

96. Denied.

97. Denied.

## THIRD CAUSE OF ACTION

### Quantum Meruit

### (Against All Defendants)

98. Global Excel re-alleges and incorporates by reference each and every allegation set forth in the preceding paragraphs.

99. Denied.

100. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 100, and denies on that basis.

101. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 101, and denies on that basis.

102. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 102, and denies on that basis.

103. Denied.

104. Denied.

## FOURTH CAUSE OF ACTION

### Unjust Enrichment

### (Against All Defendants)

105. Global Excel re-alleges and incorporates by reference each and every allegation set forth in the preceding paragraphs above.

106. Denied.

107. Denied.

108. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 108, and denies on that basis.

109. Denied.

110. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 110, and denies on that basis.

111. Admitted that Plaintiff contends that Global Excel's payments are insufficient. Except as so admitted, denied.

112. Denied.

## FIFTH CAUSE OF ACTION

### Account Stated

### (Against All Defendants)

113. Plaintiff re-alleges and incorporates by reference each and every allegation set forth in the preceding paragraphs.

114. Denied.

115. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 115, and denies on that basis.

116. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 116, and denies on that basis.

117. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 117, and denies on that basis.

118. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 118, and denies on that basis.

119. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 119, and denies on that basis.

120. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 120, and denies on that basis.

121. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 121, and denies on that basis.

122. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 122, and denies on that basis.

123. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 123, and denies on that basis.

124. Admitted that Plaintiff contends that Global Excel's payments are insufficient.  Except as so admitted, denied.

125. Denied.

## SIXTH CAUSE OF ACTION

### Violation of Health and Safety Code § 1317.2a(d)

### (Against All Defendants)

126. Plaintiff re-alleges and incorporates by reference each and every allegation set forth in the preceding paragraphs.

127. Admitted that the cited statute appears to include the quoted language. Except as so admitted, denied.

128. Denied.

129. Denied.

130. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 130, and denies on that basis.

131. Global Excel is without sufficient knowledge to admit or deny the allegations in paragraph 131, and denies on that basis.

132. Admitted that Plaintiff contends that Global Excel's payments are insufficient. Except as so admitted, denied.

133. Admitted that Plaintiff contends that Global Excel's payments are insufficient. Except as so admitted, denied.

134. Denied.

## AFFIRMATIVE DEFENSES

As separate, independent, and affirmative defenses to the Complaint, Global Excel alleges:

## FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

135. Plaintiff's Complaint or one or more claims in Plaintiff's Complaint fail to state facts sufficient to constitute a cause of action upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE
### (Discharged Under Accord)

136. Plaintiff's claims were discharged under the accord and satisfaction defense embodied in California Commercial Code § 3311 and related case law. Prior to the institution of this action, the parties hereto reached an agreement concerning the amount due on Plaintiff's unliquidated claim, which was followed by tender of monies representing Defendant's performance of said agreement and Plaintiff's acceptance of that tender.

## THIRD AFFIRMATIVE DEFENSE

### (Satisfied by Payment)

137. The debt being sued upon has been satisfied by payment. Plaintiff has received payment which exceeds the value of the services it provided. Plaintiff's billed charges are unreasonable and not representative of the usual and customary amount it generally accepts as payment in full for such services. The charges sought for services rendered by Plaintiff are unconscionable and exorbitant, having neither a proper basis in actual cost nor proper relation to prices or charges directed by Plaintiff to recipients of government-sponsored healthcare benefits, private insurance companies, health maintenance organizations and preferred provider organizations.

## FOURTH AFFIRMATIVE DEFENSE

### (NHSI Agreement Not Exclusive)

138. Global Excel is not obligated to pay the alleged National Healthcare Services, Inc. agreement ("NHSI Agreement") rate because that agreement is non-exclusive. Thus, Global Excel has both the right to pay participating providers the NHSI Agreement rate and the right to negotiate a rate with participating providers. Moreover, Global Excel administers numerous different insurance policies for various insurers, and network agreements such as the NHSI Agreement do not apply to all policies that Global Excel administers.

## FIFTH AFFIRMATIVE DEFENSE

### (Not a Health Care Service Plan)

139. Global Excel is not an insurance company or health care service plan and is not liable under any insurance contract or health care service plan for payment of the medical services received by the patient(s) referred to in the Complaint.

## SIXTH AFFIRMATIVE DEFENSE

### (Unreasonable or Unfair Charges)

140. Prior to the institution of this action, in violation of the common law and the implied obligation of good faith and fair dealing, Plaintiff tendered an invoice containing unreasonable or unfair charges not previously the subject of agreement.

## SEVENTH AFFIRMATIVE DEFENSE

### (Failure to Join Indispensable Parties)

141. Plaintiff failed to join indispensable parties.

## EIGHTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

142. One or more of Plaintiff's causes of action is barred by Plaintiff's unclean hands.

## NINTH AFFIRMATIVE DEFENSE

### (In Pari Delicto)

143. One or more of Plaintiff's causes of action is barred by the *in pari delicto* defense.

## TENTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

144. One or more of Plaintiff's causes of action is barred by the applicable statute of limitations including, but not limited to, California Code of Civil Procedure Sections 337, 338, 339, 340, and/or 343.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Lack of Standing)

145. Plaintiff lacks standing to prosecute one or more of the causes of action stated in the Complaint, including the sixth cause of action for violation of Health and Safety Code § 1317.2a(d). After meeting and conferring, Plaintiff agreed to a stipulation that would dismiss the cause of action under Health and Safety Code § 1317.2a(d).

## TWELFTH AFFIRMATIVE DEFENSE

### (Reservation of Rights)

146. Global Excel reserves the right to amend this Answer to assert additional defenses, cross-claims, counterclaims, or other defenses as discovery proceeds.

## PRAYER FOR RELIEF

WHEREFORE, having fully answered Plaintiff's Complaint, Global Excel demands judgment:

1. Dismissing Plaintiff's Complaint with prejudice.
2. For costs and attorneys' fees to the maximum extent as permitted by applicable law.
3. For such other relief as the Court may deem just and equitable.

Dated: September 27, 2016        **DUANE MORRIS LLP**

By: /s/ Cyndie M. Chang
Cyndie M. Chang
Dan Terzian

Attorneys for Defendant GLOBAL EXCEL MANAGEMENT, INC.

## DEMAND FOR JURY TRIAL

Global Excel hereby demands a trial by jury on all issues so triable.

Dated: September 27, 2016        **DUANE MORRIS LLP**

By: /s/ Cyndie M. Chang
Cyndie M. Chang
Dan Terzian

Attorneys for Defendant GLOBAL EXCEL MANAGEMENT, INC