O

# United States District Court
# Central District of California

DESERT REGIONAL MEDICAL
CENTER, INC.,

              Plaintiff,

    v.

GLOBAL EXCEL MANAGEMENT,
INC.; and DOES 1–25, inclusive,

              Defendants.

Case № 5:16-cv-00874-ODW (KK)

**ORDER DENYING MOTION TO
DISMISS AS MOOT [35]**

///
///
///
///
///
///
///
///
///
///

Plaintiff and Counterdefendant Desert Regional Medical Center, Inc. ("Desert Regional") served Defendant and Counterclaimant Global Excel Management, Inc. ("Global Excel") with a Federal Rule of Civil Procedure 12(b)(6) motion to dismiss in this case on May 9, 2017.  (ECF No. 35.)   Global Excel filed a first amended counterclaim on May 22, 2017, thirteen days later.  (ECF No. 38.)   Rule 15(a)(1) allows a plaintiff (or, here, counterclaimant) to file an amended complaint (or counterclaim) once as a matter of course within twenty-one days of service with a Rule 12(b) motion.  Therefore, Global Excel's amended counterclaim was proper.  As the pending motion to dismiss was based on a counterclaim that is no longer operative, the motion is **DENIED** as **MOOT**.  *See Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

**IT IS SO ORDERED.**

May 25, 2017

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**